

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2024

<u>By E-mail</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     United States v. Jacob Israel Walden
>         <u>Criminal Docket No. 24-MJ-481</u>

Dear Judge Bulsara:

   The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

     Respectfully submitted,

     BREON PEACE
     United States Attorney

By: *Leonid Sandlar*
     Leonid Sandlar
     Trial Attorney
     (718) 254-4865

Enclosure

cc: Clerk of Court (by e-mail)

LS
F.# 2024R00485

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JACOB ISRAEL WALDEN,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 24-MJ-481

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Trial Attorney Leonid Sandlar, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
     ~~August 1, 2024~~, 2024

_____
HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK