

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2025

<u>By ECF</u>

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Jacob Israel Walden
                <u>Criminal Docket No. 24-521 (GRB)</u>

Dear Judge Brown:

      In connection with the above referenced case, the government respectfully submits the attached stipulation and proposed protective order, which has been executed by both parties. The government respectfully requests that the Court enter the proposed order in this matter.

                                Respectfully submitted,

                                JOHN J. DURHAM
                                United States Attorney

                By:    <u>/s/ Leonid Sandlar</u>
                                Leonid Sandlar
                                Trial Attorney
                                (718) 254-6879

cc:    Clerk of the Court (GRB) (by ECF)
       Benjamin Brafman, Esq. (by ECF)
       Saul Bienenfeld, Esq. (by ECF)