UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
UNITED STATES OF AMERICA,                                                :
                                                                         :    **NOTICE OF APPEARANCE**
           -against-                                                     :
                                                                         :    24 CR 521 (GRB)
JACOB ISRAEL WALDEN,                                                     :
                                                                         :
           Defendant.                                                    :
                                                                         :
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq. and Jeffrey Einhorn, Esq., Law Offices of Jeffrey Lichtman, 441 Lexington Avenue, Suite 504, New York, New York 10017 appear on behalf of defendant JACOB ISRAEL WALDEN in the above-captioned case.

Dated: New York, New York
       January 29, 2025

_____              _____
**JEFFREY LICHTMAN, ESQ.**                  **JEFFREY EINHORN, ESQ.**
LAW OFFICES OF JEFFREY LICHTMAN             LAW OFFICES OF JEFFREY LICHTMAN
441 LEXINGTON AVENUE, SUITE 504             441 LEXINGTON AVENUE, SUITE 504
NEW YORK, NEW YORK 10017                    NEW YORK, NEW YORK 10017
Ph:  (212) 581-1001                         Ph:  (212) 581-1001
Fax: (212) 581-4999                         Fax: (212) 581-4999
E: jhl@jeffreylichtman.com                  E: einhorn@jeffreylichtman.com

                                                    *Attorneys for Jacob Israel Walden*