# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

ANDREA L. ZELLAN
ADMITTED IN NY & NJ

JACOB KAPLAN
ADMITTED IN NY & NJ

February 4, 2025

<u>VIA ECF</u>
The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11201

    Re: *United States v. Jacob Walden*, 24 Cr. 521 (GRB)

Dear Judge Brown:

  As a courtesy, I wish to respectfully inform your Honor that I have been replaced as co-counsel for Mr. Walden by Jeffrey Lichtman who has already filed his notice on ECF. It is my understanding that Saul Bienenfeld will continue as Mr. Lichtman's co-counsel. If your Honor requires me to file a formal substitution of counsel, I will be pleased to do so, although as Mr. Bienenfeld is remaining in the case I do not see the need.

  Anyway, I wanted to thank you for the extraordinary courtesy your Honor has always extended to me whenever I have been privileged to appear before this Court.

                 Respectfully,

                 Benjamin Brafman, Esq.
                 Brafman & Associates, P.C.
                 256 Fifth Avenue, 2nd Floor
                 New York, NY 10001

cc: Saul Bienenfeld (via email)
   Jeffrey Lichtman (via email)
   Jacob Walden (via Corrlinks)