## CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ            **DATE:** 2/24/2025     12:07-12:37
**DOCKET No.** CR 2:24-cr-00521-GRB-1

**DEFENDANT:** Jacob Israel Walden DEF. #1     **DEFENSE COUNSEL:** Jeffrey H. Lichtman, Saul Warren Bienenfeld, Jeffrey Benson Einhorn

Present in custody            Choose an item.

**A.U.S.A.**: Leonid Sandlar     Choose an item.
**INTERPRETER:** [Choose an item.] -- [Choose an item.]
**PROBATION OFFICER/PRETRIAL:** Mallori Brady
**COURT REPORTER/FTR LOG:** Lisa Schmid          **DEPUTY:** AMF

- ☐ Allocution
- ☒ Status Conference
- ☐ Arraignment
- ☐ Revocation of Probation
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Bond hearing
- ☒ Motion Hearing Non Evidentiary
- ☐ Plea Agreement Hearing
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?** ☐ YES ☒ NO

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES ☒ NO
Motion(s) Type and Document # of Motion Ruled On: Motion Hearing on 46. Decision Reserved.

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the Choose an item..
- ☒ Set Status Conference for 4/8/2025 at 12:00PM in-person
- ☒ Motion to exclude time through 2/24/2025 . Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 2/24/2025
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  4/8/2025
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☐ Motion for Choose an item., argument heard.
- ☐ Choose an item.:
    - ☐ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☐ Detention Order executed.
            - ☐ Permanent.
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion made to unseal the case.  Motion is granted, case unsealed.
- ☐ Motion schedule set:

- ☐ Hearing held.
    - ☐ Witness(es) sworn, testimony heard.      ☐ Exhibits entered.
    - ☐ Hearing Continued to:                            ☐ Hearing Concluded.
    - ☐ Ruling on the record.                              ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☐ OTHER:
- ☒ Defendant continued:  ☒  in custody         ☐    on bond