LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

February 28, 2025

**BY ECF**
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **United States v. Jacob Walden**, 24 CR 521 (GRB)

Dear Judge Brown:

I am writing on behalf of defendant Jacob Walden to respectfully request the Court's intervention concerning the defendant's inability to receive certain medications noted in Your Honor's January 22, 2025 Medical Order to the Metropolitan Detention Center ("MDC"). See ECF Dkt. No. 36. Specifically, three days after the Court's January 22, 2025 Order, the MDC unilaterally stopped providing the defendant with Klonopin as they claimed a BOP doctor needed to prescribe the medication to him, and yet, due to the near continuous lockdowns at the facility, Mr. Walden has not been permitted to meet with a doctor since that time. Similarly, on February 23, 2025, the MDC unilaterally stopped providing Mr. Walden with his Vyvanse prescription absent an examination by one of their doctors. Without this medication, which is used to treat his ADHD, Mr. Walden's ability to work on his defense is significantly hampered. Finally, Mr. Walden recently suffered a foot injury, rendering walking both difficult and painful, and he has similarly been unable to meet with a medical professional for diagnosis and treatment.

Thank you for the Court's attention and consideration of this letter, I remain available for a conference on the matter should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Leonid Sandlar, Esq.
Assistant United States Attorney (by ECF)