Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Walden

Docket No.: 24 CR 521

Hon. Gary R. Brown
(District Court Judge)

Notice is hereby given that Jacob Walden appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [✓] February 27, 2025 Order Denying Bail
(specify)
entered in this action on February 27, 2025.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✓]

Defendant found guilty by plea | | trial | | N/A [✓].

Offense occurred after November 1, 1987? Yes | | No | N/A [✓]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓] Not committed | | N/A |

Appellant is represented by counsel? Yes [✓] | No | | If yes, provide the following information:

Defendant's Counsel: Jeffrey Lichtman, Esq.
Counsel's Address: 441 Lexington Avenue, Suite 504
New York, New York 10017
Counsel's Phone: (212) 581-1001

Assistant U.S. Attorney: Leonid Sandlar, Esq.
AUSA's Address: 271-A Cadman Plaza East
Brooklyn, New York 11201
AUSA's Phone: (718) 254-6879

3/5/25

Signature