UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

JACOB WALDEN,

                      Defendant.
-------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 2:24-CR-00521-GRB-1

TO: CLERK OF THE COURT

      **PLEASE TAKE NOTICE** that I have been retained by the Defendant in the above captioned matter. I request that copies of all notices and other court papers be served upon the undersigned at the address listed below. I have been admitted to practice in this Court since 1973.

Dated: March 10, 2025
       New York, New York

_____
Barry Kamins
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212)486-0011
judgekamins@aidalalaw.com