# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 4/8/2025(15 min)
**DOCKET No.** CR-24-521

**DEFENDANT:** Jacob Walden    **DEF. #1**    **DEFENSE COUNSEL:** Saul Bienenfeld , Jeffrey Einhorn and Jeffrey Lichtman

Present on bond    **present in-person**

**A.U.S.A.**:    Leonid Sandler
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Paul Lombardi    DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

- ☒ Status Conference
- ☐ Revocation of Probation
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

**SHOULD THIS CALENDAR BE SEALED?**  ☐ YES   ☒ NO

**Do these minutes contain ruling(s) on motion(s)?**   ☐ YES   ☐ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the **Indictment**.
- ☒ Set Status Conference for  6/6/2025 at 11:00  in-person
- ☒ Motion to exclude time through 6/6/2025 . Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.
    EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
    PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 4/8/2025

PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP: 6/6/2025
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☒ Motion for detention, argument heard.
- ☒ Bail package presented by defendant:
    - ☐ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☐ Detention Order executed.
            - ☐ Permanent.
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion made to unseal the case. Motion is granted, case unsealed.
- ☐ Motion schedule set:

- ☐ Hearing held.
    - ☐ Witness(es) sworn, testimony heard.   ☐ Exhibits entered.
    - ☐ Hearing Continued to:   ☐ Hearing Concluded.
    - ☐ Ruling on the record.   ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☒ OTHER: <u>Discovery issues discussed. Motion to suppress briefing schedule set: May 1 file; May 30 respond; June 6 reply.</u>
- ☒ Defendant continued:  ☒ in custody   ☐ on bond