EXHIBIT B



**CASE NUMBER**

[redacted]

**CASE OPENED**
5/28/2024

**CURRENT CASE TITLE**
Jacob WALDEN

**REPORT TITLE**
Border Search/Inspection of Jacob WALDEN JFK Airport April 21, 2024

**REPORTED BY**
Christopher Moriarty
SPECIAL AGENT

**APPROVED BY**
[redacted]
SPECIAL AGENT

**DATE APPROVED**
6/3/2024

**SYNOPSIS**

During the ongoing Homeland Security Investigations Newark (HSI Newark) investigative case [redacted], HSI Newark Child Exploitation Group special agents identified a large-scale child sexual abuse material (CSAM) production and distribution ring led by Ryan Edward HINE (HINE). Moreover, HSI Newark special agents identified numerous financial accounts and associated email, text, chat, and social media accounts linked to the adult male "buyer" subjects that were enticing minor females to produce and distribute child sexual abuse material (CSAM). HSI Newark identified Jacob WALDEN (WALDEN), date of birth June 30, 1986, who resides and works in Valley Stream, New York, as making significant payments into the HINE CSAM production and distribution ring from approximately 2020 through 2022.

The following report of investigation will document the outbound border search and inspection of Jacob WALDEN on April 21, 2024 at JFK International Airport.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jacob WALDEN | [redacted] | 6/3/2024 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SENSITIVE                                                                                            DOJ_0000001



## DETAILS OF INVESTIGATION

On or about April 20, 2024, Homeland Security Investigations Newark (HSI Newark) Special Agent Chris Moriarty (SA Moriarty) and HSI New York Special Agent Chris Gnall (SA Gnall) responded to John F. Kennedy International Airport Terminal 7 for the purpose of conducting an outbound inspection and border search of subject of investigation Jacob Israel WALDEN (Jacob WALDEN), date of birth June 30, 1986. Jacob WALDEN had been identified by HSI Newark as a prominent "buyer" in an ongoing child sexual abuse material (CSAM) production and distribution ring led by Ryan Edward HINE (HINE) Jacob WALDEN was manifested on Norse Airlines Flight N0 402 scheduled to depart from JFK to Rome, Italy (FCO) at 0030 hours on April 21, 2024, with his wife Rochel WALDEN, his 5 minor children, and the family's nanny. Accompanying SA Moriarty and SA Gnall for the outbound border inspection and search was JFK Airport United States Customs and Border Protection Officer ▇▇▇▇▇▇▇ (CBPO ▇▇).

At approximately 1130 hours, SA Moriarty, SA Gnall, CBPO Wang arrived at the departure gate for Norse Airlines Flight #402. SA Moriarty, SA Gnall, and CBPO Wang waited in the secure area beyond passenger gate check-in to encounter Jacob WALDEN after his boarding pass was scanned and he was committed to his outbound international departure. SA Moriarty observed WALDEN and his family scan their boarding passes at the Norse Airlines gate. SA Moriarty observed WALDEN enter the secure jetway to board Norse Airlines Flight 402 with his family. SA Moriarty and SA Gnall called out Jacob WALDEN's name, and verbally identified themselves as law enforcement to Jacob WALDEN, and his wife, Rochel WALDEN. At that time, SA Moriarty and SA Gnall also displayed both their badges and credentials further identifying themselves as special agents with US Department of Homeland Security. SA Moriarty stated to Jacob WALDEN and Rochel WALDEN that, as outbound international passengers, they were subject to an inspection and search of their person, their baggage and all merchandise travelling outbound from the United States. Jacob WALDEN instructed his nanny, Jeandradai RAMCHARAN, to take four of the five minor WALDEN children onto the plane.

SA Moriarty asked Jacob WALDEN and Rochel WALDEN for identification documents. Jacob WALDEN and Rochel WALDEN presented their United States passports. Jacob WALDEN also presented his New York State driver's license.

SA Moriarty asked Jacob WALDEN and Rochel WALDEN if they were in possession of any electronic devices, specifically any cellular phones. Both Jacob WALDEN and Rochel WALDEN retrieved iPhones from their person and presented them to SA Moriarty and SA Gnall. SA Moriarty asked Jacob WALDEN and Rochel WALDEN if the iPhones were password protected. They both responded in the affirmative. SA Moriarty asked if both Jacob WALDEN and Rochel WALDEN would be willing to unlock the phones for further inspection. Both Jacob WALDEN and Rochel WALDEN unlocked their phones. At that time, SA Moriarty asked both Jacob WALDEN and Rochel WALDEN if they were willing to provide

| **Current Case Title** | **ROI Number** | **Date Approved** |
| Jacob WALDEN | ▇▇▇▇▇▇▇ | 6/3/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SENSITIVE                                                                            DOJ_0000002

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/14/2024 09:53 EDT

Page 3 of 4

their passcodes. Jacob WALDEN provided the passcode "9898" for his device, and Rochel WALDEN provided the passcode "1120" for her device.

SA Moriarty first reviewed Rochel WALDEN's iPhone and took a picture of her "Apple ID" in the "Settings" feature. SA Moriarty returned Rochel WALDEN's device to her and thanked her for her patience.

SA Moriarty then reviewed Jacob WALDEN's iPhone and took a picture of his "Apple ID" which utilized the email *"waldenyaakov@yahoo.com"*. SA Moriarty then identified a "Cash App" application on WALDEN's phone with account *"$jakewny Jake W"*. SA Moriarty additionally identified Dropbox and Telegram apps, as well as a calculator hidden photo application on Jacob WALDEN's iPhone. SA Moriarty asked Jacob WALDEN how long he had been in possession and owned his iPhone, to which Jacob WALDEN replied that he was unsure. SA Moriarty asked Jacob WALDEN if his iPhone was backed up to a cloud service, to which Jacob WALDEN replied in the affirmative. SA Moriarty then placed Jacob WALDEN's iPhone in "Airplane Mode" and turned off the "WiFi" and "Bluetooth" settings.

SA Moriarty then asked Jacob WALDEN to present his wallet for inspection. In the inspection and search of Jacob WALDEN's wallet, SA Moriarty identified the following debit/credit cards: *Visa 4147202652160712; American Express 373910230912007; American Express 376737811104002; JP Morgan Chase 4867428021500894; Chase 4388540101581436.* SA Moriarty identified *JP Morgan Chase 4867428021500894* as being linked to multiple Cash App accounts of Jacob WALDEN that made payments in 2020-2021 to HINE's CSAM production/distribution ring known to HSI Newark by monikers "Kandie Kae", "Lacie Love" and "Rosie Snow".

At that time, both Jacob WALDEN and Rochel WALDEN asked SA Moriarty and SA Gnall if they were able to provide additional information about the reasons for their outbound inspection and border search. SA Moriarty identified and stated to both Jacob WALDEN and Rochel WALDEN that he worked child exploitation investigations for HSI Newark, and that Jacob WALDEN had been identified as a subject of interest during an ongoing investigation. SA Moriarty further stated that he was interested in Jacob WALDEN's communication with "Rosie Snow" and "Lacie Love". Jacob WALDEN immediately responded that "Rosie" and "Lacie" were not "one person" but a "group" that "went by different names". Jacob WALDEN stated that he went to "rehab" and that his wife was aware of his "issues". SA Moriarty asked Jacob WALDEN if he wanted to speak with SA Moriarty and SA Gnall in a more private area, away from his wife. Jacob WALDEN then responded "yes". Rochel WALDEN then stated that she was aware of Jacob WALDEN's "issues", and that Jacob WALDEN had gone to "rehab years ago". At that time, Jacob WALDEN and Rochel WALDEN's youngest child began to vomit on the outbound jetway. SA Moriarty and SA Gnall immediately stopped conversation with both Jacob WALDEN and Rochel WALDEN so that Jacob WALDEN and Rochel WALDEN could tend to the health and safety of their child.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Jacob WALDEN |  | 6/3/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SENSITIVE

DOJ_0000003



SA Moriarty then identified to Jacob WALDEN that his iPhone was being seized in furtherance of the ongoing investigation. SA Moriarty provided his contact information to Rochel WALDEN via text message to her phone "718-490-1582". SA Moriarty sent a text message "Text" to Rochel WALDEN's phone at approximately 0020 hours. Subsequently, SA Moriarty provided Jacob WALDEN with a copy of DHS Form 6051S #8070746 for Jacob WALDEN's records purposes. Jacob WALDEN's iPhone was marked as "Apple iPhone Silver w/ case" and placed in plastic evidence bag (PEB) #A9835246.

SA Moriarty and SA Gnall ensured that all identifying documents and wallet contents were returned to Jacob WALDEN and Rochel WALDEN. Both Jacob WALDEN and Rochel WALDEN then proceeded with their minor child down the jetway to board their outbound flight without incident.

SA Moriarty and SA Gnall exited JFK Airport Terminal 7, and SA Moriarty secured WALDEN's property in his government vehicle for transport to HSI Newark offices at 620 Frelinghuysen Avenue, Newark, NJ. SA Moriarty arrived at HSI Newark offices at approximately 0200 hours on April 21, 2024, and immediately secured Jacob WALDEN's property and attached to the iPhone to a continuous power source. On or about April 22, 2024, and in furtherance of the ongoing border search, SA Moriarty transferred WALDEN's property, secured in PEB #A9835246, to the HSI Newark Computer Forensic Lab for further evidence processing and forensic extraction.

On or about April 21, 2024, SA Moriarty received both a phone call and email from Saul Bienenfeld of Bienenfeld Law of Cedarhurst, NY claiming to be representing Jacob WALDEN. After receiving a Notice of Appearance from Saul Bienenfeld for Jacob WALDEN on April 22, 2024, SA Moriarty and SA Jaclyn Duchene (SA Duchene) spoke to Saul Bienenfeld via phone, providing basic information about Jacob WALDEN being identified as a subject in an ongoing HSI Newark child exploitation investigation.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jacob WALDEN |  | 6/3/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SENSITIVE                                                                                              DOJ_0000004