

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM:LS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 30, 2025

<u>By ECF</u>

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Jacob Israel Walden
               <u>Criminal Docket No. 24-521 (GRB)</u>

Dear Judge Brown:

        The government respectfully submits this letter to request a brief extension of the government's time to respond to the defendant's motion to suppress (ECF No. 58). The government's response is currently due on Friday, May 30, 2025, and the government respectfully requests an adjournment of the deadline until 10:00 a.m. on Monday, June 2, 2025. Such an extension is warranted to provide sufficient time for internal review of the response by supervisors. This is the government's first request for an adjournment. The government conferred with counsel for the defendant, and counsel does not object to this application.

                                       Respectfully submitted,

                                       JOSEPH NOCELLA, JR.
                                       United States Attorney

                By:    <u>/s/ Leonid Sandlar</u>
                        Leonid Sandlar
                        Trial Attorney
                        (718) 254-6879

cc:    Clerk of Court (ARR) (by ECF)
        All parties (by ECF)