

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2025

<u>By ECF and E-mail</u>

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Jeffrey H. Lichtman
Law Offices of Jeffrey Lichtman
441 Lexington Avenue, Suite 504
New York, NY 10017

Barry Kamins
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, Sixth Floor
New York, NY 10036

        Re:    United States v. Jacob Israel Walden
             <u>Criminal Docket No. 24-521 (GRB)</u>

Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case. The discovery has been transmitted by USAfx, a file-sharing system. Please promptly download the materials and confirm in writing to the government that you were able to do so. The government also requests reciprocal discovery from the defendant.

      Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter. <u>See</u> ECF No. 40. As such, PDF files containing SDM have been marked as "Sensitive" on each page, and non-PDF files have been marked as "Sensitive" in the corresponding file folder or filename.

I.       The Government's Discovery

   A.  Documents and Tangible Objects

   Please find enclosed the following additional materials:

   - Reports and documentation concerning the border inspection of April 21, 2024, which are Bates-numbered DOJ_0000929-DOJ_0000944.

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                        Very truly yours,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:   /s/ Leonid Sandlar
        Leonid Sandlar
        Trial Attorney
        (718) 254-6879

Enclosures (via USAfx link)

cc:   Clerk of the Court (GRB) (by ECF) (without enclosures)