# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 6/6/2025 (1 hour 15 min)
**DOCKET No.** CR-24-521

**DEFENDANT:** Jacob Walden  **DEF. #1**  **DEFENSE COUNSEL:** Saul Bienenfeld , Jeffrey Einhorn and Jeffrey Lichtman, Barry Kamins

Present on bond  **present in-person**

**A.U.S.A.**: Leonid Sandler
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: Choose an item.
COURT REPORTER/FTR LOG: Denise Parisi  DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☐ Change of Plea Hearing (*~Util-Plea Entered*)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☒ Motion Hearing Non Evidentiary
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested  TYPE OF HEARING_____
- ☐ Status Conference
- ☐ Revocation of Probation
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

**SHOULD THIS CALENDAR BE SEALED?**  ☐ YES  ☒ NO

**Do these minutes contain ruling(s) on motion(s)**?  ☐ YES  ☐ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
  ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the **Indictment**.
- ☒ Set Evidentiary Hearing for  7/11/2025 at 10:00  in-person
- ☒ Motion to exclude time through 7/11/2025 . Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 6/9/2025
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  7/11/2025
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐　Motion for  detention, argument heard.
☐　Bail package presented by defendant:
　　　　☐　Ruling:
　　　　　　☐　Order setting conditions of bond executed.
　　　　　　☐　Detention Order executed.
　　　　　　　　☐　Permanent.
　　　　　　　　☐　Temporary: Hearing set for Click or tap to enter a date.
☐　**Defendant** Choose an item.
☐　Medical Evaluation Order entered.
☐　 Motion made to unseal the case.  Motion is granted, case unsealed.
☐　Motion schedule set:

☐　Hearing held.
　　☐　Witness(es) sworn, testimony heard.　　☐　Exhibits entered.
　　☐　Hearing Continued to:　　☐　Hearing Concluded.
　　☐　Ruling on the record.　　☐　Decision Reserved.
☐　Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒　OTHER:  <u>Motion to suppress argued, decision reserved, evidentiary hearing needed.  Defendant makes a motion for temporary furlough, argument heard, motion denied.</u>
☒　Defendant continued:  ☒  in custody　　☐　on bond