LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

June 23, 2025

**BY ECF**
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: **United States v. Jacob Walden**, 24 CR 521 (GRB)

Dear Judge Brown:

      I am writing on behalf of defendant Jacob Walden and without objection from the government to respectfully request that the July 11 evidentiary hearing in this case be adjourned to July 25, a date that all parties, the government's witness, and – as I am informed by Your Honor's courtroom deputy – the Court is available. To briefly explain my request, while scheduling this hearing during our June 6 appearance, I flagged as a potential complication a previously scheduled out of state matter that might interfere with Mr. Walden's evidentiary hearing occurring on July 11. Upon learning late last week that this out of state matter would most definitely interfere with the hearing, I immediately contacted the government in order to find a new, mutually agreeable date. Finally, the defendant consents to the exclusion of time under the Speedy Trial Act between July 11, 2025 and the rescheduled date of this hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      Thank you for the Court's consideration of this application; I remain available for a conference on the matter should Your Honor deem it necessary.

                                                     Respectfully submitted,

                                                     Jeffrey Lichtman

cc:     Leonid Sandlar, Esq.
         Assistant United States Attorney (by ECF)