

August 6, 2025

**Hon. Gary R. Brown**
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: United States v. Jacob Israel Walden, No. 2:24-cr-00001 (GRB)**

Dear Judge Brown:

I write on behalf of myself and co-counsel Barry Kamins to advise the Court that, notwithstanding the recent withdrawal of Jeffrey Lichtman and Jeffrey Einhorn, both Mr. Kamins and I will continue to represent Mr. Jacob Israel Walden in the above-referenced matter.

We confirm that we will be present and fully prepared to proceed at the evidentiary hearing currently scheduled for **August 25, 2025**. Accordingly, we do not believe there is any need to postpone or adjourn the hearing.

Please let us know if the Court requires anything further.

Respectfully submitted,

**Saul Bienenfeld**
Attorney for Jacob Israel Walden

cc: Barry Kamins, Esq.
AUSA Sandler

.

**BIENENFELD LAW**

Admitted New York and Florida

680 Central Avenue
Suite 108
Cedarhurst, NY  11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com