

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

271 Cadman Plaza East
Brooklyn, New York 11201

August 8, 2025

<u>By ECF and E-mail</u>

Saul Warren Bienenfeld, Esq.
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Barry Kamins, Esq.
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, Sixth Floor
New York, NY 10036

> Re:  United States v. Jacob Israel Walden
>       <u>Criminal Docket No. 24-521 (GRB)</u>

Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case. The discovery has been transmitted by USAfx, a file-sharing system. Please promptly download the materials and confirm in writing to the government that you were able to do so. The government also requests reciprocal discovery from the defendant.

Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter. <u>See</u> ECF No. 40. As such, PDF files containing SDM have been marked as "Sensitive" on each page, and non-PDF files have been marked as "Sensitive" in the corresponding file folder or filename.

I.      <u>The Government's Discovery</u>

A.  <u>Documents and Tangible Objects</u>

Please find enclosed the following additional materials:

- The "subject record" for the Defendant, which is Bates-numbered DOJ_0000969-DOJ_0000981.

- The "silent hits" related to the Defendant's travel between the creation of the subject record and his arrest, which are Bates-numbered DOJ_0000945-DOJ_0000968.

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney

     By:  /s/ Leonid Sandlar
        Leonid Sandlar
        Trial Attorney
        (718) 254-6879

Enclosures (via USAfx link)

cc:  Clerk of the Court (GRB) (by ECF) (without enclosures)