# EXHIBIT E

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York ▼

| | |
|---|---|
| United States of America<br>v.<br>JACOB ISRAEL WALDEN<br><br>*Defendant* | )<br>)<br>) Case No. 24-cr-521 (GRB)<br>)<br>)<br>) |

SUBPOENA TO TESTIFY AT A ~~DEPOSITION~~ *HEARING* IN A CRIMINAL CASE

To: S.A. Egbert Simon
United States Attorney's Office EDNY
271 Cadman Plaza East

**YOU ARE COMMANDED** to appear at the time, date, and place set out below to testify at a ~~deposition~~ *hearing* in a criminal case. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set out in an attachment:
See Attachment A

| Place: | United States District Court, E.D.N.Y.<br>100 Federal Plaza<br>Central Islip, NY 11722 | Date and Time:<br><br>08/11/2025 5:32 pm |
|---|---|---|

You must also bring with you to this deposition the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

This subpoena has been issued on application of an attorney whose name, address, e-mail and telephone number are:

Case No. 24-cr-521 (GRB)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's signature*

                              _____
                                *Printed name and title*

                              _____
                                *Server's address*

Additional information regarding attempted service, etc: