**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

LS
F.# 2024R00485

August 20, 2025

<u>By ECF and E-mail</u>

Saul Warren Bienenfeld, Esq.
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Barry Kamins, Esq.
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, Sixth Floor
New York, NY 10036

      Re:    <u>United States v. Jacob Israel Walden</u>
             <u>Criminal Docket No. 24-521 (GRB)</u>

Counsel:

      On August 20, 2025, the government electronically shared, via USAfx, its disclosures pursuant to 18 U.S.C. § 3500 ("3500 material") in connection with the upcoming suppression hearing in the above-referenced case, scheduled for August 25, 2025.

      The government does not concede the relevance, materiality or admissibility of the information disclosed herein. If the government becomes aware of any additional 3500 or Rule 16 material, the government will provide it to you as it becomes available. The government continues to request reciprocal discovery from the defendant.

                                Very truly yours,

                                JOSEPH NOCELLA, JR.
                                United States Attorney

                By:    /s/ Leonid Sandlar
                                Leonid Sandlar
                                Trial Attorney
                                (718) 254-6879

Enclosures (via USAfx link)

cc:     Clerk of the Court (GRB) (by ECF) (without enclosures)