# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ　　　　　　　　　　　　　　**DATE:** 8/25/2025　　　5 HOURS
**DOCKET No.** CR24-521

**DEFENDANT:**　Jacob Walden　　　　　　　　　　**DEFENSE COUNSEL:** Saul Warren Bienenfeld, Barry Kamins

Present in custody　　　　　　　　　　　　　　　　**present in-person**


**A.U.S.A.**:　　Leonid Sandlar and Catherine Mirable
**INTERPRETER:**　[Choose an item.] -- [Choose an item.]
**PROBATION OFFICER/PRETRIAL:**　Choose an item.
**COURT REPORTER/FTR LOG:**　Denise Parisi　　　　　　　　**DEPUTY:** KM

- ☐　Allocution　　　　　　　　　　　　　　　　☐　Status Conference
- ☐　Arraignment　　　　　　　　　　　　　　　☐　Revocation of Probation
- ☐　Change of Plea Hearing (*~Util-Plea Entered*)　☐　Initial Appearance
- ☐　Revocation of Supervised Release evidentiary　☐　Revocation of Supervised Release non-evidentiary
- ☐　Telephone Conference
- ☐　Detention hearing　　　　　　　　　　　　☐　Bond hearing
- ☐　Motion Hearing Non Evidentiary　　　　　　☐　Plea Agreement Hearing
- ☐　Video Conference
- ☒　Other Evidentiary Hearing Contested　　TYPE OF HEARING　　motion to suppress (58,59)_____

**SHOULD THIS CALENDAR BE SEALED?**　☐ YES　　☒ NO

**Do these minutes contain ruling(s) on motion(s)**?　☐ YES　　☐ NO
　　Motion(s) Type and Document # of Motion Ruled On:

- ☒　Case called.
- ☒　Counsel for all sides present.
- ☐　Defendant is informed of his/her rights.
- ☐　Defendant's first appearance and arraigned.
　　　　☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐　Defendant waives public reading.
- ☐　Defendant enters a plea of not guilty to the　Choose an item.
- ☐　Set Status Conference for　Click or tap to enter a date. at in-person
- ☐　Motion to exclude time through Click or tap to enter a date. . Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense consent to the exclusion of time.
　　　EXCLUDABLE DELAY CODE TYPE:　XT - Interest of Justice

PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: Click or tap to enter a date.
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☒ Motion for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐ Motion made to unseal the case. Motion is granted, case unsealed.
☐ Motion schedule set:

☒ Hearing held.
    ☒ Witness(es) sworn, testimony heard.      ☒ Exhibits entered.
    ☐ Hearing Continued to:      ☒ Hearing Concluded.
    ☐ Ruling on the record.      ☒ Decision Reserved.

☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒ OTHER: Parties to submit briefs 9/15/2025; response 10/8; reply 10/22. Status conference set for 11/12/2025 at 11:00 a.m. Time excluded until 11/12/2025 based on interest of justice.

☐ Defendant continued: ☐ in custody     ☐ on bond