# NOTICE OF APPEAL

**United States District Court**

EASTERN _____ District of __ NEW YORK __

Caption:

USA _____ v.

JACOB WALDEN _____

Docket No.: __ 24-CR-521 __

HIN GARY BROWN __
(District Court Judge)

Notice is hereby given that __ Jacob Walden _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other |✔ __ Nov 12, 2025 denying supression __
(specify)

entered in this action on __ Nov 12, 2025 __ .
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |___   Other |✔

Defendant found guilty by plea |   | trial |   | N/A |✔ .

Offense occurred after November 1, 1987?   Yes |✔ | No [       N/A [

Date of sentence: _____   N/A |✔|

Bail/Jail Disposition: Committed |✔   Not committed |   | N/A |

Appellant is represented by counsel? Yes  ✔ | No |    |   If yes, provide the following information:

Defendant's Counsel:   Saul Bienenfeld

Counsel's Address:   680 Central Ave

Cedarhurst New York 11516

Counsel's Phone:   212-363-7701

Assistant U.S. Attorney:   Leonid Sandlar Esq

AUSA's Address:   271 Cadman Plaza East

Brooklyn New York 11201

AUSA's Phone:   718-254-6879

_____
Signature