# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 11/12/2025  (10 min)
**DOCKET No.** CR-24-521

**DEFENDANT:** Jacob Walden  **DEF. #1**  **DEFENSE COUNSEL:** Saul Bienenfeld, Barry Kamins
Present in custody  **present in-person**

**FILED**
**CLERK**
11/12/2025

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**A.U.S.A.**:  Leonid Sandler
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Paul Lombardi   DEPUTY: KM

- ☐ Allocution
- ☒ Status Conference
- ☐ Arraignment
- ☐ Revocation of Probation
- ☐ Change of Plea Hearing (*~Util-Plea Entered*)
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Plea Agreement Hearing
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?**  ☐ YES  ☒ NO

**Do these minutes contain ruling(s) on motion(s)?**  ☐ YES  ☐ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the **Indictment**.
- ☒ Set Status Conference for   1/30/2026 at 11:30  in-person
- ☒ Motion to exclude time through 1/30/2026. Motion granted. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as was defense counsel's consent to the exclusion of time.
    EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
    PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 11/12/2025
    PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  1/30/2026

*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☐ Motion for detention, argument heard.
- ☐ Bail package presented by defendant:
    - ☐ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☐ Detention Order executed.
            - ☐ Permanent.
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion made to unseal the case. Motion is granted, case unsealed.
- ☐ Motion schedule set:

- ☐ Hearing held.
    - ☐ Witness(es) sworn, testimony heard.      ☐ Exhibits entered.
    - ☐ Hearing Continued to:      ☐ Hearing Concluded.
    - ☐ Ruling on the record.      ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☒ OTHER: <u>Discovery has been turned over. The parties have started plea negotiations. Additional motion to be briefed by 1/7/2026, response 1/21/2026, reply 1/28/2026. Jury selection scheduled for 3/9/2026 at 9:30 a.m. with trial to begin immediately after selection.</u>
- ☒ Defendant continued:  ☒ in custody      ☐ on bond