UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                  NOTICE OF APPEARANCE

JACOB ISRAEL WALDEN,                 24 Cr. 521 (GRB)

                      Defendant.
-------------------------------------------------------X

    TO: CLERK OF COURT

    PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005 is appearing for the Defendant JACOB ISRAEL WALDEN in the above-captioned matter.

Dated:  January 5, 2026
          New York, NY

                                                            _____
                                                             Marc Agnifilo, Esq.
                                                             Agnifilo Intrater LLP
                                                             140 Broadway, Suite 2450
                                                             New York, NY 10005
                                                             Tel: (646) 205-4352
                                                             marc@agilawgroup.com