UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                      NOTICE OF APPEARANCE

JACOB ISRAEL WALDEN,                 24 Cr. 521 (GRB)

                        Defendant.
--------------------------------------------------------X

    TO: CLERK OF COURT

    PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005 is appearing for the Defendant JACOB ISRAEL WALDEN in the above-captioned matter.

Dated: January 5, 2026
       New York, NY

                                                _____
                                                Jacob Kaplan, Esq.
                                                Agnifilo Intrater LLP
                                                140 Broadway, Suite 2450
                                                New York, NY 10005
                                                Tel: (646) 419-8837
                                                jacob@agilawgroup.com