UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                                  NOTICE OF APPEARANCE

JACOB ISRAEL WALDEN,                     24 Cr. 521 (GRB)

                          Defendant.
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Zach Intrater, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005 is appearing for the Defendant JACOB ISRAEL WALDEN in the above-captioned matter.

Dated:  January 5, 2026
          New York, NY

                                                              /s/ Zach Intrater
                                                              Zach Intrater, Esq.
                                                              Agnifilo Intrater LLP
                                                              140 Broadway, Suite 2450
                                                              New York, NY 10005
                                                               Tel: (917) 721-7331
                                                              zach@agilawgroup.com