# AGNIFILO
# INTRATER

January 28, 2026

**VIA ECF**
Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

  Re: *United States v. Jacob Israel Walden*, 24 Cr. 521 (GRB)

Dear Judge Brown:

  On January 5, 2026, Zach Intrater, Jacob Kaplan and I filed Notices of Appearance in the above-referenced case. After joining the case, counsel reached out to the government to request the ability to make a mitigation presentation to the prosecution in the coming months. We understand that this Court has set a trial date for this matter for March 9, 2026. We would respectfully request—without objection from the government—that this Court adjourn that trial date to allow counsel the opportunity to complete the mitigation process.

  Additionally, the next conference in the case is currently scheduled for this Friday, January 30, 2026. Unfortunately, Mr. Kaplan and I are scheduled to appear that same day before the Honorable Margaret Garnett in the Southern District of New York at 11:00 a.m. We would therefore request that the Court adjourn Friday's appearance to Friday, February 13, 2026, at 10:00 a.m. We have conferred with the government, and the government does not object to the adjournment of the conference should the Court adjourn the trial date of March 9, 2026. However, should the Court decline to adjourn the trial date, the government requests to maintain the conference as scheduled. To the extent the Court adjourns the conference, all parties agree to exclude Speedy Trial time between January 30, 2026, and February 13, 2026.

                 Respectfully submitted,

                 Marc Agnifilo
                 Zach Intrater
                 Jacob Kaplan

cc: Gov't Counsel (by ECF)