# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ　　　　　　　　　　　　　　**DATE:** 1/30/2026　　　(10 min)
**DOCKET No.** CR-24-521

**DEFENDANT:** Jacob Walden  DEF. #1　　　　**DEFENSE COUNSEL:** Mark Agnifilio, Jacob Kaplan, Zach Intrater
Present in custody　　　　　　　　　　　　　　　　**present in-person**

**FILED
CLERK**
1/30/2026 3:44 pm

**A.U.S.A.**:　　　Leonid Sandler  and Catherine Mirabile
INTERPRETER:　[Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:　 Choose an item.
COURT REPORTER/FTR LOG:  Toni Ann Lucatorto　　　　　　　　DEPUTY: KM

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☐ Allocution
- ☒ Status Conference
- ☐ Arraignment
- ☐ Revocation of Probation
- ☐ Change of Plea Hearing (*~Util-Plea Entered*)
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Plea Agreement Hearing
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?**　☐　YES　☒　NO

**Do these minutes contain ruling(s) on motion(s)**?　☐　YES　☐　NO
　　　Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the **Indictment**.
- ☒ Set Jury Selection  for   7/20/2026 at 9:30  in-person
- ☒ Motion to exclude time through 7/20/2026 .  Motion granted on consent. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial for the reasons described herein and set forth on the record.

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 1/30/2026
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  7/20/2026
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☐ Motion for detention, argument heard.
- ☐ Bail package presented by defendant:
    - ☐ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☐ Detention Order executed.
            - ☐ Permanent.
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion made to unseal the case.  Motion is granted, case unsealed.
- ☐ Motion schedule set:

- ☐ Hearing held.
    - ☐ Witness(es) sworn, testimony heard.  ☐ Exhibits entered.
    - ☐ Hearing Continued to:                         ☐ Hearing Concluded.
    - ☐ Ruling on the record.                           ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☒ OTHER:  <u>Discovery has been turned over.  New counsel has been added to the case.  Counsel seeks an adjournment of the trial date to submit a mitigation package. Jury selection set for July 20, with trial to start immediately after.  Status conference set for 6/12/2026 at noon.</u>
- ☒ Defendant continued:  ☒ in custody      ☐ on bond