# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-six.

_____

United States of America,

        Appellee,

  v.

Jacob Israel Walden,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 25-2893

Appellant moves to withdraw the appeal without prejudice to the filing of a subsequent appeal from a final judgment of the district court.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/04/2026