**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

**INFORMATION SHEET**

★  MAY 06 2026  ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

1.    Title of Case:  United States v. Jacob Israel Walden (S-1)

2.    Related Magistrate Docket Number(s): 24-MJ-481

3.    Arrest Date:   7/31/2024

4.    Nature of offense(s):    ☒  Felony
                              ☐  Misdemeanor

5.    Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
      Division of Business Rules): N/A

6.    Projected Length of Trial:    Less than 6 weeks    ☒
                                    More than 6 weeks    ☐

7.    County in which crime was allegedly committed: Nassau
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Was any aspect of the investigation, inquiry and prosecution giving rise to the case
      pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9.    Has this indictment/information been ordered sealed?    ☐ Yes  ☒ No

10.   Have arrest warrants been ordered?    ☐ Yes  ☒ No

11.   Is there a capital count included in the indictment?  ☐ Yes  ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Leonid Sandlar
       Leonid Sandlar
       Trial Attorney
       leonid.sandlar@usdoj.gov
       718-254-6879

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25