F. #2024R00485

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                             24-CR-521 (GRB)

JACOB ISRAEL WALDEN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael D. Manzo from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Michael D. Manzo
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-7150
Email: Michael.Manzo@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael D. Manzo at the email address set forth above.

Dated:    Brooklyn, New York
          May 8, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Michael D. Manzo
Michael D. Manzo
Assistant U.S. Attorney

cc:    Clerk of the Court (GRB)