## CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ          **DATE:** 5/26/2026     (28 min)

**DOCKET No.  CR-24-521**

**DEFENDANT: Jacob Walden  DEF. #1**      **DEFENSE COUNSEL:**  Jacob Kaplan, Zach Intrater, Saul Bienenfeld

Present in custody                   **present in-person**

**FILED**

**CLERK**

5/26/2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**A.U.S.A.**:       Leonid Sandler  and Catherine Mirabile

INTERPRETER:  [Choose an item.] -- [Choose an item.]

PROBATION OFFICER/PRETRIAL:  _Choose an item.

COURT REPORTER/FTR LOG:  Lisa Schmid            DEPUTY: KM

| | | | |
|---|---|---|---|
| ☐ | Allocution | ☒ | Status Conference |
| ☒ | Arraignment | ☐ | Revocation of Probation |
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Initial Appearance |
| ☐ | Revocation of Supervised Release evidentiary | ☐ | Revocation of Supervised Release non- |
| ☐ | Telephone Conference | | evidentiary |
| ☐ | Detention hearing | ☐ | Bond hearing |
| ☐ | Motion Hearing Non Evidentiary | ☐ | Plea Agreement Hearing |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested   TYPE OF HEARING_____ | | |

**SHOULD THIS CALENDAR BE SEALED?**    ☐     YES    ☒     NO

**Do these minutes contain ruling(s) on motion(s)**?     ☐     YES        ☐       NO

      Motion(s) Type and Document # of Motion Ruled On:

☒      Case called.

☒      Counsel for all sides present.

☒      Defendant is informed of his/her rights.

☒      Defendant arraigned.

            ☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

☒      Defendant waives public reading.

☒      Defendant enters a plea of not guilty to the  **Superseding Indictment**.

☒      Set Jury Selection  for   11/9/2026 at 9:30  in-person

☒      Motion to exclude time through 11/9/2026 .  Motion granted on consent. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial for the reasons described herein and set forth on the record.

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 5/26/2026
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  11/9/2026
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion for  detention, argument heard.
☐ Bail package presented by defendant:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐  Motion made to unseal the case.  Motion is granted, case unsealed.
☐ Motion schedule set:

☐ Hearing held.
    ☐ Witness(es) sworn, testimony heard.    ☐ Exhibits entered.
    ☐ Hearing Continued to:    ☐ Hearing Concluded.
    ☐ Ruling on the record.    ☐ Decision Reserved.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER:  Discovery has been turned over.  Counsel seeks an adjournment of the trial date to submit a mitigation package.  Status conference set for 10/16/2026 at 11:00 a.m..
☒ Defendant continued:  ☒  in custody   ☐  on bond

        SO ORDERED.
        */s/ Gary R. Brown*
        Gary R. Brown, U.S.D.J.