

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM:LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2026

<u>By ECF</u>

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re:    United States v. Jacob Israel Walden
               <u>Criminal Docket No. 24-521 (GRB) (S-1)</u>

Dear Judge Brown:

       Ahead of the trial scheduled to begin on November 9, 2026 in the above-captioned matter, and pursuant to the Court's order at the conference of May 26, 2026, the parties write to propose the following pre-trial schedule.

| | |
|---|---|
| Motions <u>in limine</u>: | Monday, September 28, 2026 |
| Responses to motions <u>in limine</u>: | Monday, October 12, 2026 |
| Oral arguments on motions <u>in limine</u>: | Friday, October 16, 2026 |
| Government exhibit list, witness list: | Monday, October 26, 2026 |
| Joint proposed voir dire questions: | Friday, October 30, 2026 |
| Joint proposed requests to charge: | Friday, October 30, 2026 |
| Joint proposed verdict sheet: | Friday, October 30, 2026 |
| Defense exhibit and witness lists: | Monday, November 2, 2026 |
| Jury selection: | Monday, November 9, 2026 |

We attach hereto a proposed Scheduling Order reflecting the above.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

cc:     Clerk of Court (GRB) (by ECF)
All counsel (by ECF)

2