LS
F. # 2024R00485

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against –                Case No. 24-CR-521 (GRB) (S-1)

JACOB ISRAEL WALDEN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

## PROPOSED SCHEDULING ORDER

The Court hereby ORDERS the following pre-trial schedule in this case:

| | |
|---|---|
| Motions in limine: | Monday, September 28, 2026 |
| Responses to motions in limine: | Monday, October 12, 2026 |
| Oral arguments on motions in limine: | Friday, October 16, 2026 |
| Government exhibit list, witness list: | Monday, October 26, 2026 |
| Joint proposed voir dire questions: | Friday, October 30, 2026 |
| Joint proposed requests to charge: | Friday, October 30, 2026 |
| Joint proposed verdict sheet: | Friday, October 30, 2026 |
| Defense exhibit and witness lists: | Monday, November 2, 2026 |
| Jury selection: | Monday, November 9, 2026 |

Dated:   Central Islip, New York
         June \_\_\_, 2026

 

_____
THE HONORABLE GARY R. BROWN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK