

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2026

<u>By ECF and E-mail</u>

Marc A. Agnifilo
Zach Intrater
Jacob Kaplan
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

> Re:     United States v. Jacob Israel Walden
>         <u>Criminal Docket No. 24-521 (GRB) (S-1)</u>

Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case.  The discovery has been transmitted by USAfx, a file-sharing system. Please promptly download the materials and confirm in writing to the government that you were able to do so.  The government also requests reciprocal discovery from the defendant.

Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter.  <u>See</u> ECF No. 40.  As such, PDF files containing SDM have been marked as "Sensitive" on each page, and non-PDF files have been marked as "Sensitive" in the corresponding file folder or filename.   In addition, certain documents have been redacted to remove the personally identifiable information of known or suspected minor victims.

I.      The Government's Discovery

A.  Documents and Tangible Objects

Please find enclosed the following additional materials:

***Bureau of Prisons Records***

- Bureau of Prisons records for the seizure of a contraband iPhone and SIM card (together, the "Contraband Device") from Mr. Walden's cell at the Metropolitan Detention Center ("MDC") on or about December 18, 2025, which are Bates-numbered DOJ_0000998-DOJ_0000999.

***Search Warrant Applications***

- A search warrant application and related search warrant for the Snapchat account associated with the Contraband Device, which are Bates-numbered DOJ_0001000-DOJ_0001033.

- A search warrant application and related search warrant for the Contraband Device, which are Bates-numbered DOJ_0001034-DOJ_0001058.

***Subpoena Returns***

- Subpoena returns from WhatsApp, which are Bates-numbered DOJ_0001059-DOJ_0001064.

- Subpoena returns from Instagram, which are Bates-numbered DOJ_0001065-DOJ_0001067.

- Subpoena returns from AT&T, which are Bates-numbered DOJ_0001068-DOJ_0002874.

- Subpoena returns from Apple (2026.01.05), which are Bates-numbered DOJ_0002875-DOJ_0002879.[1]

- Subpoena returns from Green Dot, which are Bates-numbered DOJ_0002949-DOJ_0002950.

- Subpoena returns from Apple (2026.02.12), which are Bates-numbered DOJ_0002951-DOJ_0002955.

---

[1] Bates range DOJ_0002880 through DOJ_0002948 has been intentionally omitted.

- Subpoena returns from Block (2026.03.13), which are Bates-numbered DOJ_0002956-DOJ_0002958.

- Subpoena returns from Verizon Wireless, which are Bates-numbered DOJ_0002959-DOJ_0002966.

- Subpoena returns from Verizon, which are Bates-numbered DOJ_0002967-DOJ_0002968.

- Subpoena returns from Block (2026.04.07), which are Bates-numbered DOJ_0002969-DOJ_0002976.

- Subpoena returns from Block (2026.04.30), which are Bates-numbered DOJ_0002977-DOJ_0002991.

- Subpoena returns from Telegram, which are Bates-numbered DOJ_0002992-DOJ_0002993.

### *Physical Evidence*

The complete contents of the Contraband Device may be reviewed at the Newark office of Homeland Security Investigations ("HSI") by contacting me or HSI Special Agent Christopher Moriarty.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:  /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

Enclosures (via USAfx link)

cc:  Clerk of the Court (GRB) (by ECF) (without enclosures)