

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2026

By ECF and E-mail

Marc A. Agnifilo
Zach Intrater
Jacob Kaplan
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

      Re:    United States v. Jacob Israel Walden
              Criminal Docket No. 24-521 (GRB) (S-1)

Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case.  The discovery has been transmitted by USAfx, a file-sharing system. Please promptly download the materials and confirm in writing to the government that you were able to do so.  The government also requests reciprocal discovery from the defendant.

        Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter.  See ECF No. 40.  As such, PDF files containing SDM have been marked as "Sensitive" on each page, and non-PDF files have been marked as "Sensitive" in the corresponding file folder or filename.   In addition, certain documents have been redacted to remove the personally identifiable information of known or suspected minor victims.

I. The Government's Discovery

A. Documents and Tangible Objects

Please find enclosed the following additional materials:

***Search Warrant Returns***

- Search warrant returns from Snapchat, which are Bates-numbered DOJ_0002994 to DOJ_0003015. These records are not produced in their entirety due to the potential Child Sexual Abuse Material ("CSAM") contained therein. As discussed, the complete, unredacted search warrant returns may be reviewed at the Newark office of Homeland Security Investigations ("HSI") by contacting me or HSI Special Agent Christopher Moriarty.

***Subpoena Returns***

- Subpoena returns from Snapchat, which are Bates-numbered DOJ_0002880 to DOJ_0002948.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

Enclosures (via USAfx link)

cc: Clerk of the Court (GRB) (by ECF) (without enclosures)