AGNIFILO
INTRATER

September 21, 2026

**VIA ECF**
The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: *United States v. Jacob Israel Walden*, 24 Cr. 521 (GRB)

Dear Judge Brown:

Mr. Walden's trial is scheduled for November 9, 2026. Counsel writes—with consent of the government—respectfully requesting a one-week adjournment of the following pre-trial deadlines so that the parties can continue discussions to resolve the case:

- Motions in Limine: September 28, 2026, to October 5, 2026;
- Responses to Motions in Limine: October 12, 2026, to October 19, 2026; and
- Oral Arguments on Motions in Limine: October 16, 2026, to October 23, 2026.

Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Zach Intrater
Jacob Kaplan

cc: Gov't Counsel (by ECF)