**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2026

By ECF and E-mail

Marc A. Agnifilo
Zach Intrater
Jacob Kaplan
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Re: United States v. Jacob Israel Walden
Criminal Docket No. 24-521 (GRB) (S-1)

Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case. The discovery has been transmitted in an encrypted ZIP file, with the password provided in a separate email. The government also requests reciprocal discovery from the defendant.

Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter. See ECF No. 40. As such, PDF files containing SDM have been marked as "Sensitive" on each page. In addition, certain documents have been redacted to remove the personally identifiable information of minor victims.

I. The Government's Discovery

A. Documents and Tangible Objects

Please find enclosed additional materials, which are Bates-numbered DOJ_0003016 – DOJ_0003030 and marked "sensitive."

B. Brady Material

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

The government nonetheless notes, out of an abundance of caution, that the cell phones of Jane Doe 1 and Jane Doe 2 (the "Victims' Phones") were forensically analyzed pursuant to their consent. The forensic extractions of the Victims' Phones did not reveal any communications with the defendant that were retained on the devices. The government does not intend to rely on the contents of the Victims' Phones at trial. The complete contents of the Victims' Phones may be reviewed at the Newark office of Homeland Security Investigations ("HSI") by contacting me or HSI Special Agent Christopher Moriarty.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

Enclosures (via encrypted ZIP file)

cc: Clerk of the Court (GRB) (by ECF) (without enclosures)