**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MDM
F. #2024R00485

*610 Federal Plaza*
*Central Islip, New York 11722*

October 29, 2026

By ECF

The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: United States v. Jacob Israel Walden
Criminal Docket No. 24-521 (GRB) (S-1)

Dear Judge Brown:

I write on behalf of the government in the above-captioned matter, and with the consent of defense counsel, to respectfully request an adjournment of the following pre-trial deadlines so that the parties can conclude their discussions regarding these submissions:

- Joint proposed voir dire questions: October 30, 2026, to November 4, 2026
- Joint proposed requests to charge: October 30, 2026, to November 4, 2026
- Joint proposed verdict sheet: October 30, 2026, to November 4, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant United States Attorney
(718) 254-6879

cc: Counsel of Record (by ECF)