**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM:LS/MDM
F. #2024R00485

*610 Federal Plaza*
*Central Islip, New York 11722*

November 3, 2026

By ECF

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.
Jacob Kaplan, Esq.
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, New York 10005

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Re: United States v. Jacob Israel Walden
Criminal Docket No. 24-521 (S-1) (GRB)

Dear Counsel:

Pursuant to Federal Rule of Evidence 902(1), the government provides notice that it intends to introduce at trial domestic public records that are signed and sealed. The specific records the government intends to introduce at trial are identified below by bates number.

- Florida birth certificates, Bates-numbered DOJ_0003041 – DOJ_0003044.

Pursuant to Federal Rule of Evidence 902(3), the government provides notice that it intends to introduce at trial foreign public documents. The specific records the government intends to introduce at trial are identified below by Bates numbers. The government also intends to introduce the certified translations of these records, as applicable, previously provided to defense counsel.

- Argentinian birth certificates, Bates-numbered DOJ_0003045 through DOJ_0003056.

Pursuant to Federal Rule of Evidence 902(11), the government hereby gives notice that it intends to introduce at trial business records under Federal Rules of Evidence 803(6) and 902(11). The specific business records the government intends to introduce at trial, and the corresponding certification from the records' custodian, are identified below by Bates numbers:

- Green Dot Corporation records, Bates-numbered DOJ_0000479 through DOJ_0000489, whose certification is Bates-numbered DOJ_0000480;

- Block, Inc. records, Bates-numbered DOJ_0000490 through DOJ_0000587, whose certification is Bates-numbered DOJ_0000505 and DOJ_0000566;

- Snap, Inc. records, Bates-numbered DOJ_0000670 through DOJ_0000748, whose certification is Bates-numbered DOJ_0000747 through DOJ_0000748;

- Snap, Inc. records, Bates-numbered DOJ_0000749 through DOJ_0000762, whose certification is Bates-numbered DOJ_0003031;

- Snap, Inc. records, Bates-numbered DOJ_0002994 through DOJ_0003015, whose certification is Bates-numbered DOJ_003001 through DOJ_0003002;

- Google LLC records, Bates-numbered DOJ_0000444 through DOJ_0000445, whose certification is Bates-numbered DOJ_0003032;

- Verizon records, Bates-numbered DOJ_0000441 through DOJ_0000443, whose certification is Bates-numbered DOJ_0000443; and

- PayPal records, Bates-numbered DOJ_0000588 through DOJ_0000669, whose certification is Bates-numbered DOJ_0003033 through DOJ_0003034, DOJ_0003035 through DOJ_0003037, DOJ_0003119 through DOJ_0003120, and DOJ_0003038 through DOJ_0003039.

Pursuant to Federal Rule of Evidence 902(12), the government provides notice that it intends to introduce at trial foreign records of regularly conducted activity. The specific records the government intends to introduce at trial are identified below by Bates numbers.

- The contents of Mega accounts and Mega links contained on (i) one Seagate Slim Portable 2.0 TB external storage drive with serial number NA9ME0H2, and (ii) two blue Patriot Rage 128 GB thumb drives, which are maintained at HSI Newark. The certification is Bates-numbered DOJ_0003057 – DOJ_0003074.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

cc: Clerk of the Court (GRB) (by ECF)
Counsel of record (by email and ECF)