**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS/MDM
F.# 2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2026

By ECF and E-mail

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.
Jacob Kaplan, Esq.
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, New York 10005

Re: United States v. Jacob Israel Walden
Criminal Docket No. 24-521 (S-1) (GRB)

Dear Counsel:

On November 3, 2026, the government electronically shared, via USAfx, its disclosures pursuant to 18 U.S.C. § 3500 ("3500 material") in connection with the upcoming trial in the above-referenced case, scheduled for November 9, 2026.

Please note that, because the enclosure contains information concerning minor victims, some of the enclosed 3500 material is considered Attorneys' Eyes Only Material as that term is defined in the January 24, 2025 Protective Order in this matter. See ECF No. 40. Accordingly, certain documents have been marked "Attorneys' Eyes Only."

The government does not concede the relevance, materiality or admissibility of the information disclosed herein. If the government becomes aware of any additional 3500 or Rule 16 material, the government will provide it to you as it becomes available. The government continues to request reciprocal discovery from the defendant.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

cc: Clerk of the Court (GRB) (by ECF)
Counsel of record (by email and ECF)