**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LS
F. #2024R00485

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 4, 2026

By ECF and E-mail

Marc A. Agnifilo
Zach Intrater
Jacob Kaplan
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005

Saul Warren Bienenfeld
Bienenfeld Law
680 Central Avenue, Suite 108
Cedarhurst, NY 11516

Re: United States v. Jacob Israel Walden
Criminal Docket No. 24-521 (GRB) (S-1)

Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's production of additional discovery in the above-captioned case. The discovery has been transmitted by USAfx, a file-sharing system. Please promptly download the materials and confirm in writing to the government that you were able to do so. The government also requests reciprocal discovery from the defendant.

Please note that, as before, the enclosed material is considered Sensitive Discovery Material ("SDM") as that term is defined in the January 24, 2025 Protective Order in this matter. See ECF No. 40. As such, PDF files containing SDM have been marked as "Sensitive" on each page, and non-PDF files have been marked as "Sensitive" in the corresponding file folder or filename. In addition, certain documents have been marked "Attorneys' Eyes Only" and others redacted to remove the personally identifiable information of known or suspected minor victims.

I. The Government's Discovery

A. Documents and Tangible Objects

Please find enclosed additional materials, which are Bates-numbered DOJ_0003119 through DOJ_0003201. Victim-related documents within Bates range DOJ_0003119 through DOJ_0003192 are partially redacted and marked "Attorneys' Eyes Only" and documents within Bates range DOJ_0003193 through DOJ_0003197 are marked "Sensitive."

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Leonid Sandlar
Leonid Sandlar
Trial Attorney
Michael D. Manzo
Assistant U.S. Attorney
(718) 254-6879

Enclosures (via USAfx)