# AGNIFILO INTRATER

November 4, 2026

**<u>VIA ECF</u>**
The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: *United States v. Jacob Walden*, 24 Cr. 521 (GRB)

Dear Judge Brown:

Mr. Walden is scheduled to appear in the above-captioned matter for his trial beginning on Monday, November 9, 2026. Mr. Walden (Inmate Register # 00019-506) is currently housed at the Metropolitan Detention Center ("MDC") in Brooklyn and does not have civilian clothes to wear for the trial. We therefore request that this Court order the Bureau of Prisons and the MDC to accept the following clothing for Mr. Walden for the trial:

- 3 suits;
- 4 shirts;
- 4 pairs of socks; and
- 1 pair of shoes (without laces)

For convenience, we have attached a proposed Order for the Court.

Respectfully submitted,

Marc Agnifilo
Zach Intrater
Jacob Kaplan