UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JACOB ISRAEL WALDEN,

Defendant.

---------------------------------------------------------------X

**24 Cr. 521 (GRB)**

ORDER

Upon the request of the defendant, JACOB WALDEN, by his counsel, Marc Agnifilo, it is hereby

**ORDERED,** that the Bureau of Prisons and the Metropolitan Detention Center ("MDC") accept the following clothing for Jacob Walden, inmate number 00019-506, in advance of his trial beginning on November 9, 2026:

- 3 suits;
- 4 shirts;
- 4 pairs of socks; and
- 1 pair of shoes (without laces)

**IT IS FURTHER ORDERED** that the MDC permit Mr. Walden to wear such clothing and be transported to Court wearing such clothing for the trial beginning on November 9, 2026.

Dated: November _6_, 2026

*/s/ Gary R. Brown*
Hon. Gary R. Brown United States District Judge Eastern District of New York