UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
USA,

**ORDER**
CR 24-521 (GRB)

-against-

JACOB WALDEN

Defendant(s).
----------------------------------------------------------------X
**BROWN, District Judge:**

It is hereby ORDERED that paralegal Amira Rehman, shall be allowed to bring a phone, two laptops and a printer into the courthouse and into Courtroom 940 during the trial scheduled to start on Monday, November 9, 2026, located at 100 Federal Plaza, Central Islip, NY 11722.

Dated: Central Islip, New York
November 6, 2026

**SO ORDERED:**

*/s/ Gary R. Brown*
GARY R. BROWN
United States District Judge