November 6, 2026

**VIA ECF**
The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: *United States v. Jacob Walden*, 24 Cr. 521 (GRB)

Dear Judge Brown:

With the consent of the government, counsel for Jacob Walden asks the Court to not sit on Friday, November 13, 2026. At 10:00 am on that date, undersigned counsel has an oral argument before the Second Circuit Court of Appeals in *United States v. Jason Galanis*, 25-1505-CR. Due to the early sunset on that Friday, the fact that co-counsel and Mr. Walden observe the Sabbath, and after consulting the government regarding their witnesses, the defense, with the government's consent, ask to take the entire day off from trial.

We very much appreciate the Court's attention to this matter.

Respectfully submitted,

Marc Agnifilo
Zach Intrater
Jacob Kaplan

cc: All counsel (via ECF)