UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA
-AGAINST-

JACOB WALDEN

Defendants
-----------------------------------------------------X
BROWN , District Judge

# ORDER OF REFERRAL

CASE NUMBER 24CR 521

FILED
CLERK

11/9/2026 10:03 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

The above-referenced criminal case is hereby referred to Magistrate Judge SHIELDS for the following purposes.

☐ 1. To conduct arraignments and bail hearings;

☐ 2. Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☑ 3. With consent of the parties as indicated below, to select a jury of

☐ 4. Defendant's motion .

SO ORDERED.

/s/Gary R. Brown

United States District Judge

Dated: 11/09/2026
Central Islip, N.Y.

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated: 11/9/2026
Central Islip, N.Y.

______________________
Defendant

______________________
Counsel for defendant

______________________
Assistant U.S. Attorney

/s/Anne Y. Shields
______________________
UNITED STATES MAGISTRATE JUDGE