**CRIMINAL CAUSE FOR JURY TRIAL**

**BEFORE JUDGE**: **BROWN, USDJ** **DATE:** 11/9/2026 (ptc 5 min)(trial 4:00-5:30)

**DOCKET No. CR-24-521**

**DEFENDANT:** JACOB WALDEN **DEF. #**
Present in custody

**DEFENSE COUNSEL:** Marc A. Agnifilo, Jacob Kaplan, Saul Bienenfeld
Retained

**A.U.S.A.**: Leonid Sandlar and Michael D. Manzo and Catherine Mirabile
INTERPRETER: [Choose an item.] -- [Choose an item.]
COURT REPORTER: Denise Parisi DEPUTY: KM

JURY TRIAL HELD ON: Superseding Indictment (S-1) [97]: count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s-8s

☒ Case called.
☒ Counsel for all sides present.
☐ Conference held prior to the jury selection for defendant to consent to the jury selection before the Magistrate Judge . Consent obtained and referral order executed.
☐ Jury voir dire held.
☐ Jury selection continued to: ____________________.
☐ Jury empaneled and is satisfactory to all sides.
☒ Jury sworn.
☐ Trial to start on:_.

☒ Jury trial begins opening statements heard by all sides
☒ Witness(es) sworn, testimony heard.
☒ Exhibits entered into evidence.
☒ Trial to resume on: 11/10/2026 at 9:30 a.m.

☐ Government rests.
☐ Defendant moves for judgment of acquittal.
☐ Defendant Choose an item.
☐ Defendant rests.
☐ Summations heard.
☐ Charge conference held.
☐ Jury charged and begin deliberations.
☐ Verdict entered:

☐ **GUILTY** Verdict on Count(s):

☐ **NOT GUILTY** Verdict on Count(s):

☐ Jurors polled and excused with the thanks of the Court.

☐ Motion schedule set:

☐ Government moves for immediate remand. Motion argued. Decision:

☐ Motion in limine by argued.

The Court rules on the motion as follows:

☐Choose an item..

☐Other:

☐ Hearing held outside of the presence of the jury.

.

☐ Other discussions held:

☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒ Defendant continued: ☒ in custody ☐ on bond