UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA,

- against -

JACOB ISRAEL WALDEN,

Defendant.

: 24-CR-521 (GRB)

-------------------------------------------------------- X

**VERDICT FORM**

According to the principles of law as charged by the Court and the facts as you find them, please indicate each of your verdicts with a check mark. All jurors must unanimously agree as to each Count.

**COUNT ONE**
(Sexual Exploitation of a Child – Jane Doe #1 (Brianna))

How do you find the defendant as to Count One in the superseding indictment?

Not Guilty __________ Guilty ___X___

**COUNT TWO**
(Sexual Exploitation of a Child – Jane Doe #2 (Samantha))

How do you find the defendant as to Count Two in the superseding indictment?

Not Guilty __________ Guilty ___X___

**COUNT EIGHT**

(Access with Intent to View Child Pornography)

How do you find the defendant as to Count Eight in the superseding indictment?

Not Guilty __________ Guilty __X__

Juror 1

FOREPERSON

Dated: November 12, 2026
Central Islip, New York